Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY JOHN STEPHAN dba CONTRACT INSTALLATIONS, <br><br> Defendant. | Case No.: C 13-0614 NC <br><br> **REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

– 1 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

1  Plaintiffs request that this case be dismissed, in its entirety, without prejudice, on the
2  ground Plaintiffs and Defendant, through informal negotiations, were able to successfully
3  resolve this litigation.

4  DATED: April 3, 2013

5                                    BULLIVANT HOUSER BAILEY PC

7                                    By _____
                                         Ronald L. Richman
8                                    Attorneys for Plaintiffs

11                                   **ORDER**

12  Plaintiffs having requested that this case be dismissed, in its entirety, without prejudice,
13  and good cause appearing:
14  IT IS HEREBY ORDERED that the case is hereby dismissed, in its entirety, without
15  prejudice.

16  DATED: April  8 , 2013

18                                   By _____
19                                        UNITED STATES MAGISTRATE JUDGE

20  14109500.1



GRANTED
Judge Nathanael M. Cousins

## PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On April 5, 2013, I served the document(s) entitled:

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON**

upon the following party(ies):

> Timothy Stephan
> Contract Installations
> 2376 Gold River Road
> Gold River, CA 95670

☒ <u>BY MAIL</u> (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2013, at San Francisco, California.

_____
Kristina M. Clark

*****